CITY COURT OF NEW YORK — GENERAL TERM, OCTOBER, 1900.

BEFORE FITZSIMONS, CH. J., CONLAN AND HASCALL, JJ.

Sophie F. Brown, Respondent, v. The Metropolitan Street Railway Company, Appellant.—Appeal from a judgment of the City Court of the city of New York in favor of plaintiff. Henry A. Robinson (John T. Little, of counsel), for appellant; M. P. O'Connor (J. Brownson Ker, of counsel), for respondent. Judgment affirmed, with costs. No opinion

Bret Gregor, Respondent, v. August Niederman, as President, etc., Appellant.—Appeal from a judgment of the City Court of the city of New York, entered upon a verdict in favor of plaintiff. Bernhard Rabbino

(Howard A. Sperry, of counsel), for appellant; Francis J. Nekarda (Paul Jones, of counsel), for respondent. Judgment affirmed, with costs. No opinion.

Louis Mishner, Respondent, v. The Singer Manufacturing Company, Appellant.—Appeal from a judgment of the City Court of the city of New York in favor of plaintiff. Benjamin L. Brandner (George Hahn, of counsel), for appellant; Max D. Steuer (Abraham S. Levy, of counsel,) for respondent. Judgment affirmed, with costs. No opinion.

---

BEFORE FITZSIMONS, CH. J., AND CONLAN, J.

Elihu B. Frost, as Assignee, etc., Appellant, v. The Weehawken Wharf Company, Respondent.—Appeal from an order of the City Court of the city of New York denying plaintiff's motion to amend complaint. Norman G. Johnson, for appellant; Wilder & Anderson (Frederick E. Anderson, of counsel), for respondent. Order appealed from affirmed, with costs. No opinion.

John F. Galligan, Respondent, v. The Metropolitan Street Railway Company, Appellant.—Appeal from a judgment of the City Court of the city of New York in favor of the plaintiff. Henry A. Robinson (John T. Little, of counsel), for appellant; Philip J. Britt, for respondent. Judgment affirmed, with costs. No opinion.